UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
──────────────────────────────
KEYBANK NATIONAL ASSOCIATION,
successor by merger to KEY EQUIPMENT
FINANCE, INC.

                 Plaintiff,

   -against-

MEDICAL RECORDS RETRIEVAL, INC.,

                 Defendant.
──────────────────────────────

**MEMORANDUM & ORDER**
**20-cv-04960 (NGG) (PK)**

NICHOLAS G. GARAUFIS, United States District Judge.

Pending before the court is Plaintiff Keybank National Association's motion for default judgment against Defendant Medical Records Retrieval, Inc. Keybank alleges breach of contract. (*See* Am. Mot. for Default J. (Dkt. 11).) This motion was referred to Magistrate Judge Peggy Kuo for a report and recommendation ("R&R"). (*See* August 11, 2021 Order Referring Mot.) Magistrate Judge Kuo issued the annexed R&R on March 11, 2022, recommending the court grant Plaintiff's motion. (*See* R&R (Dkt. 18).)

No party has objected to Magistrate Judge Kuo's R&R, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2). Therefore, the court reviews the R&R for clear error. *See Velasquez v. Metro Fuel Oil Corp.*, 12 F. Supp. 3d 387, 397 (E.D.N.Y. 2014). Having found none, the court ADOPTS the R&R in full and, for the reasons stated in the R&R, awards Plaintiff $477,614.38 and post-judgment interest at the rate set forth by 28 U.S.C. § 1961, to be calculated from the date the Clerk of Court enters judgment in this action until the date of payment.

SO ORDERED.

Dated:    Brooklyn, New York
            March 28, 2022

                                           s/Nicholas G. Garaufis
                                           NICHOLAS G. GARAUFIS
                                           United States District Judge

1